UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY     :
COMMISSION,                                              :
                                                                       :
              Plaintiff,                                        :
                                                                       :
        -v-                                                       :
                                                                       :
RYAN/CHELSEA-CLINTON                            :
COMMUNITY HEALTH CENTER,              :
                                                                       :
              Defendant.                                     :
------------------------------------------------------x

**ECF CASE**

Civil Action No. 05 CV 8364

**COMPLAINT**

**JURY TRIAL DAMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Wenona McIntyre. As alleged with greater specificity below in paragraph seven (7), the Commission charges that Defendant Ryan/Chelsea-Clinton Community Health Center has engaged in sex discrimination by refusing to hire Ms. McIntyre because of her pregnancy.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The alleged unlawful employment practices were and are now being committed within the jurisdiction of the United States District Court for the Southern District of New York.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a company doing business in the State of New York and the county of New York, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701 (b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. McIntyre filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2004, Defendant has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2. On or about September 14, 2004, Ms. McIntyre applied for the position of Dental Assistant. After a series of interviews, Ms. McIntyre was offered the position on September 17, 2004 pending results of a pre-employment physical exam mandated by the New York State Health Department. However, once Ms. McIntyre informed Defendant of her pregnancy, Defendant took adverse employment

action against her in that it refused to hire because of her pregnancy. It claimed Ms. McIntyre's pregnancy precluded her from being able to take x-rays even though this position is contrary to industry practice and Ms. McIntyre informed Defendant that she was able to administer x-rays throughout her previous pregnancy with no adverse effects.

8. The effect of the practices complained of above has been to deprive Ms. McIntyre of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9. The unlawful employment practices complained of above were and are intentional.

10. The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Ms. McIntyre.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in employment practices which discriminate on the basis of sex.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and which eradicate the effects of Defendant's past and present unlawful employment practices.

C. Order Defendant to make whole Ms. McIntyre by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited

to, front pay and reinstatement.

  D. Order Defendant to make whole Ms. McIntyre by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

  E. Order Defendant to make whole Ms. McIntyre by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including pain, suffering and humiliation, in amounts to be determined at trial.

  F. Order Defendant to pay Ms. McIntyre punitive damages for Defendant's malicious and reckless conduct described above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: New York, New York
September 29, 2005

                                          Respectfully submitted,

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

_____/s_____
Elizabeth Grossman
Acting Regional Attorney

_____/s_____
Lisa Sirkin
Supervisory Trial Attorney

_____/s_____
Stella N. Yamada
Trial Attorney

New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Phone: 212-336-3689
Fax: 212-336-3623